UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| FAITH PINNOCK LEE, NORMA C CORDERO and JOHN A. CORDERO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PHELAN HALLINAN, PLC, a Florida professional limited liability company,<br><br>    Defendant. | CASE NO.: 0:14-cv-60154-DTKH |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiffs, Faith Pinnock-Lee, Norma C. Cordero, and John A. Cordero (collectively, "Plaintiffs"), hereby move the Court for an order certifying this Fair Debt Collection Practices Act (FDCPA) case to proceed as a class action for the following class of similarly situated persons:

> **(i) All persons in the State of Florida (ii) who were served with a state court lawsuit (iii) filed by Defendant (iv) in an attempt to collect a debt incurred for personal, family, or household purposes (v) which contained a Notice in the form incorporated in Exhibit "C" (vi) during the one year period prior to the filing of the original complaint in this action through the date of certification.**

This motion further requests that the Court appoint Plaintiffs Faith Pinnock-Lee, Norma C. Cordero, and John A. Cordero as class representatives, and Loan Lawyers, LLC and Scott D. Owens, P.A. as class counsel. In support of their motion, Plaintiffs respectfully submit the accompanying memorandum, exhibits, declarations, and further, refer the Court to all the

pleadings and papers already on file in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court certify this case to proceed as a class action, certify Plaintiffs Faith Pinnock-Lee, Norma C. Cordero, and John A. Cordero as class representatives and Scott D. Owens, P.A. and Loan Lawyers, LLC as class counsel.

Respectfully submitted,

 /s/  Scott D. Owens
Scott D. Owens, Esq.

Scott D. Owens
LAW OFFICE OF SCOTT D. OWENS
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Phone: (954) 589-0588
Fax: (954) 337-0666
E-mail: scott@scottdowens.com

Yechezkel Rodal
LOAN LAWYERS, LLC
377 N. State Rd. 7
Suite 202
Plantation, FL 33317
9545234357
Email: chezky@floridaloanlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Scott D. Owens
Scott D. Owens, Esq.